[No. 57333-1-I. Division One. September 25, 2006.]

HYUN H. SEO-JEONG ET AL., *Appellants*, v. DMITRIY KOSTENKO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-18787-4, George T. Mattson, J., entered November 1, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 33195-1-II. Division Two. September 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LANDEN CURTIS HARVILL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01688-3, James J. Stonier, J., entered April 22, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Van Deren, JJ.

[No. 33714-2-II. Division Two. September 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MATHEW COLLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00034-5, Richard L. Brosey, J., entered August 24, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 34058-5-II. Division Two. September 26, 2006.]

RICHARD KRAMER, *Appellant*, v. CLARK COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-00681-5, James E. Rulli, J., entered October 26, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.